# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **KATHY PHILLIPS,** | |
| **Plaintiff,** | |
| vs. | CASE NO. 8:15-cv-02390-SDM-MAP |
| **WELLS FARGO BANK, N.A.,** | |
| **Defendant.** | |

## NOTICE OF SETTLEMENT

COMES NOW defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Kathy Phillips against Wells Fargo.

As a result of the settlement, Wells Fargo requests that this Honorable Court vacate all dates currently set on the calendar for this matter and give the parties thirty (30) days to file the necessary dismissal papers.

Respectfully submitted this 19th day of May, 2016.

                    /s/ R. Frank Springfield
                    R. Frank Springfield (FL Bar # 0010871)
                    Jacqueline Simms-Petredis (FL Bar # 0906751)
                    BURR & FORMAN LLP
                    201 North Franklin Street, Suite 3200
                    Tampa, Florida  33602
                    Telephone:  (813) 221-2626
                    Facsimile:  (813) 357-3534
                    fspringfield@burr.com
                    jsimms-petredis@burr.com

                    Eric J. Troutman (PHV)
                    Divya S. Gupta (PHV)

DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, California 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
troutman.eric@dorsey.com
gupta.divya@dorsey.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

27542143 v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 19th day of May, 2016, I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on the following counsel of record:

David P. Mitchell
Michelle L. Robertson
MANLEY & GORDON, P.A.
101 East Kennedy Blvd., Suite 3170
Tampa, Florida  33602

                                                     */s/ R. Frank Springfield*
                                                     Of Counsel